UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Joseph Prange, Sr.

Case No. 17-42051-pjs
Chapter 13
Judge Shefferly

DEBTOR,

_____/

**AFFIDAVIT**

STATE OF MICHIGAN )
                 :ss.
COUNTY OF MACOMB)

I, Joseph Prange, Sr., being first duly sworn, depose and say the following:

I did not earn enough income to necessitate filing Federal Tax returns. Therefore, I am not required to file Federal Tax Returns for the years 2015 and 2016.

X _____
Joseph Prange, Sr.

Subscribed to and sworn before
me this 6th day of February, 2017.

_____
Notary Public
County of Macomb
Acting in the County of Macomb
My Commission Expires: 9-15-21



PAUL GIGLIOTTI
NOTARY PUBLIC
State of Michigan
My Commission Expires
September 15, 2021